# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EMERY MOREL LORENZO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0701

[May 14, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Joseph Parnofiello, Judge; L.T. Case Nos. 502010CF006952CXXXMB; 502020CF005325AXXXMB.

Emery Morel Lorenzo, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***